No. 95–9368. PANTON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 95–9369. SEYMOUR v. NEW HAMPSHIRE. Sup. Ct. N. H. Certiorari denied.

No. 95–9370. ROULETTE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–9371. CHAPMAN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–9372. GIVINGS v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 95–9374. RODRIGO GARCIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–9375. MANNING v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 95–9376. BROWN v. GEORGIA DEPARTMENT OF CORRECTIONS ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–9377. JEFFERSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–9378. CANATELLA v. CARR, MCCLELLAN, INGERSOLL, THOMPSON & HORN ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–9379. BARNES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–9380. CALDWELL v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 95–9381. HOPE v. DISTRICT OF COLUMBIA METROPOLITAN POLICE DEPARTMENT. C. A. D. C. Cir. Certiorari denied.

No. 95–9383. FORBES v. PATRISSI, COMMISSIONER, VERMONT DEPARTMENT OF CORRECTIONS. C. A. 2d Cir. Certiorari denied.

No. 95–9384. HILL v. UNITED STATES. C. A. 7th Cir. Certiorari denied.